JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE VANSKIKE, an individual,<br><br>*Plaintiff*,<br><br>v.<br><br>WYNDHAM VACATION OWNERSHIP, INC., a Florida corporation, and DOES 1-50, Inclusive,<br><br>*Defendant*. | Case No. 5:21-cv-01464-JLS (KKx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

## **ORDER**

Pursuant to the Stipulation of Dismissal (Doc. 19) filed by the parties, this action is hereby dismissed with prejudice as to all claims, causes of action, and Parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: May 24, 2022

JOSEPHINE L. STATON
---
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE